IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 06-494-TUC-RCC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| LORI ANN LOUDON, ) CLIFFORD MORGAN MCCURDY ) Defendant. ) | |

The Court having reviewed the Magistrate Judge's Report and Recommendation and no objection(s) having been filed thereto,

**IT IS ORDERED ADOPTING** the Report and Recommendation (#74), **DENYING** Government's Motion to admit 404(b) material (#56), **DENYING** Defendant McCurdy's Motion to Sever Trial (#51) and **DENYING** Defendant Loudon's Motion to Suppress (#31), finding as **MOOT** all other pending motions **EXCEPT** Motion for Access to Centralized Records (#76) and Motion for Discovery (#77) which remain pending.

DATED this 8th day of December, 2006.

Raner C. Collins
United States District Judge